UAET (02-2008)

# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:15-cv-00874-JFG-RSP

Name of party requesting extension: Kohl's Illinois, Inc.

Is this the first application for extension of time in this case?
☑ Yes
☐ No

If no, please indicate which application this represents:
☐ Second
☐ Third
☐ Other ____________

Date of Service of Summons: 7/6/2015

Number of days requested:
☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 8/31/2015 *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Jaspal S. Hare, on behalf of Defendant

State Bar No.: 24083135

Firm Name: Scheef & Stone L.L.P

Address: 500 North Akard, Suite 2700

Dallas, TX 75201

Phone: (214) 706-4200

Fax: (214) 706-4242

Email: Jaspal.Hare@solidcounsel.com

---

A certificate of conference does not need to be filed with this unopposed application.