IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Genaville LLC, Plaintiff,<br><br>v.<br><br>Kohl's Illinois, Inc., Defendant. | Civil Action No. 2:15-cv-863-JRG-RSP (Lead Case)<br><br>Civil Action No. 2:15-cv-00874-JRG-RSP |

**ORDER OF DISMISSAL**

On this day, Plaintiff Genaville LLC ("Plaintiff") and Defendant Kohl's Illinois, Inc. ("Defendant") announced to the Court that they have resolved Plaintiff's claims for relief against Defendant asserted in this case. Plaintiff has therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant. The Court, having considered this request, is of the opinion that Plaintiff's request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant Kohl's are dismissed without prejudice.

**SIGNED this 21st day of September, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE